UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| MANUEL AMARAL, JR., | No. 2:14-CV-107-JTR |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

By Order filed April 21, 2014, this Court directed Plaintiff to proffer the full filing fee, show cause why prepayment would be inappropriate, or submit a properly completed Application to Proceed In Forma Pauperis. Plaintiff has not responded. Accordingly, the complaint and the claims contained therein, ECF No. 1, Att. 1, are DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and furnish copies to counsel for Plaintiff.

DATED May 23, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER OF DISMISSAL - 1